DUNCAN *v.* THE STATE.

BELL, J. The evidence was sufficient to prove the crime of rape as charged, and to identify the accused as the perpetrator. The evidence authorized the verdict, and the court did not err in overruling the defendant's motion for a new trial based on the general grounds only.

*Judgment affirmed. All the Justices concur.*

No. 10245. AUGUST 8, 1934.

*J. C. Trapnell* and *J. L. Brown,* for plaintiff in error.

*M. J. Yeomans, attorney-general, M. L. Gross, solicitor-general, B. D. Murphy, J. T. Goree, J. D. Kirkland,* and *W. H. Lanier,* contra.